UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-30013-MGM |
| | ) | |
| JEREMY D. HANSON, | ) | |
| Defendant. | ) | |

FINAL STATUS REPORT
July 13, 2022

ROBERTSON, U.S.M.J.

Pursuant to Local Rule 116.5(c)(2), the court reports as follows:

1. The government has completed its automatic disclosures. There are no discovery requests or motions pending.

2. The defendant does not intend to file any motions pursuant to Fed. R. Civ. P. 12(b)(3).

3. The defendant faces similar charges in the Northern District of Texas and in Massachusetts. The parties expect and are in the process of obtaining approval pursuant to Fed. R. Crim P. 20(a) to have the charges pending in the Northern District of Texas transferred to Massachusetts for disposition and sentencing.

4. The parties have requested a date for a Rule 11 hearing and one has been scheduled on September 8, 2022 at 10:30 a.m. If the U.S. Attorneys in the Northern District of Texas and in Massachusetts have agreed to the Rule 20(a) transfer from Texas, the plea will address the charges indicted in both districts. If Texas does not approve transfer of the charges to Massachusetts, the defendant still intends to tender a plea to the Massachusetts charges on September 8, 2022.

2

5. The parties are engaged in discussions and the exchange of information to facilitate disposition and sentencing in the case, and those discussions and exchanges will continue.

6. The parties and the court agree that the time from the final status conference through September 8, 2022, the date of the Rule 11 hearing, should be excluded in the interests of justice. The court has made findings on the record and a separate excludable delay order will enter.

7. There are no other matters to report relevant to the progress or resolution of the case.

 /s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
U.S. Magistrate Judge