UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY DAVID HANSON,<br>Defendant | No. 4:22-CR-00114-SDJ-CAN-1 |

**CONSENT TO TRANSFER**

Pursuant to Fed. R. Crim. P. 20(a), the defendant wishes to plead guilty and waive trial in the above-captioned indictment and consents to transfer of this case to the District of Massachusetts, Springfield Division where another factually related indictment is pending. The defendant will be present in the District of Massachusetts on September 8, 2022 (No. 3:22-CR-030013-MGM) in order to plead guilty on that indictment. The defendant filed a statement informing the transferee district of his consent to transfer July 14, 2022. On information and belief, the U.S. Attorneys in both districts are preparing written statements indicating their approval of the transfer as required by Fed. R. Crim. P. 20(a)(2).

Respectfully Submitted,
Jeremy David Hanson, DEFENDANT,
By his attorney,
/s/Marissa Elkins
Marissa Elkins, Esquire, BBO#668840
31 Trumbull Rd. Suite B
Northampton, MA 01060
melkins@elkinslawllc.com
(413) 341-2131

Certificate of Service
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 14, 2022.

/s/Marissa Elkins