UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY DAVID HANSON,<br>Defendant | Crim. No. 3:22-CR-030013-MGM |

## MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant moves this Honorable Court modify his conditions of release to allow him a curfew from 8: PM to 8:00 AM. The parties have conferred and have sought input from Mr. Hanson's supervising probation officer in California and there is no objection from the government.

Respectfully Submitted,
Jeremy David Hanson, DEFENDANT,
By his attorney,

/s/Marissa Elkins
Marissa Elkins, Esquire, BBO#668840
31 Trumbull Rd. Suite B
Northampton, MA 01060
melkins@elkinslawllc.com
(413) 341-2131

Certificate of Service
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 9, 2022.

/s/Marissa Elkins