UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY DAVID HANSON,<br>Defendant | Crim. Nos. 3:22-CR-030013; 3:22-CR30038 |

## MOTION TO CONTINUE SENTENCING

Comes now the Defendant and moves this Honorable Court to continue the Sentencing Hearing scheduled in this matter from the currently scheduled date of January 5, 2023, to another date agreeable to the Court and the parties. Defense counsel is available any date in the next two weeks except January 12, 2023.

In support of this motion, counsel for the defendant states that she is dealing with a significant medical issue.

The parties have conferred and the government assents to this motion.

Respectfully Submitted,
Jeremy David Hanson, DEFENDANT,
By his attorney,

/s/Marissa Elkins
Marissa Elkins, Esquire, BBO#668840
31 Trumbull Rd. Suite B
Northampton, MA 01060
melkins@elkinslawllc.com
(413) 341-2131

Certificate of Service
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 3, 2023.

/s/Marissa Elkins