# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

*fillable form

## MOTION FOR APPOINTMENT OF COUNSEL - FILED UNDER SEAL

I, **Jeremy David Hanson**, respectfully request that the Court enter an Order appointing counsel for me in this
   name
matter for the reason below. I am indigent and cannot afford to hire counsel to represent me. I have separately filed an affidavit about my income and expenses.

○ I have received a target letter from the U.S. Attorney's Office.

○ I received a grand jury subpoena and believe I may have a Fifth Amendment right not to incriminate myself.

○ I have been contacted by a federal agent regarding a federal criminal investigation and believe that I may have a Fifth Amendment right not to incriminate myself.

○ I have been notified that I am being considered for pretrial diversion.

⦿ Other: I am seeking early termination of my supervised release term and would like to have assistance of council. Case Number: 3:22-cr-30013-MGM-1 I give permission for court personnel/legal council to speak with my mother, Lauren K. Jack.

### CONTACT INFORMATION

Date: 11/24/2025                                    Signature: *Jeremy D. Hanson*

**Please print**

Address: 11572 Wallingsford Rd., Los Alamitos, CA 90720
              street                          town/city              state   zip code

Telephone number: (562) 230-9620
                          (Mom's cell)

**Instructions**

Please mail this motion along with your financial affidavit to:

United States District Court - MA
John Joseph Moakley U.S. Courthouse
Attn: MBD Clerk
1 Courthouse Way - Suite 2300
Boston, MA 02210